UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBARO AMARAL-MONTALVO,<br><br>    Petitioner,<br><br>    v.<br><br>HIGH DESERT STATE PRISON WARDEN,<br><br>    Respondent. | Case No. 23-cv-06525-TLT<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus on December 19, 2023. ECF 1. That same day, the Clerk of the Court informed petitioner that this action was deficient because he had not submitted an *in forma pauperis* (IFP) application or paid the filing fee. ECF 2. The Court informed petitioner that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and petitioner has not submitted an IFP application or paid the fee.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain either the $5 filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: January 31, 2024

TRINA L. THOMPSON
United States District Judge